IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 12-cr-00012-PAB-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. YARON "RONI" LEVIN,

    Defendant.

---

**ORDER**

---

This matter is before the Court on the Government's Motion to Dismiss Counts 2 through 55 of the Indictment [Docket No. 265]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Counts 2 through 55 of the Indictment [Docket No. 265] is granted. Counts 2 through 55 of the Indictment are dismissed as to defendant Yaron Levin.

DATED May 9, 2014.

                                BY THE COURT:

                                PHILIP A. BRIMMER
                                United States District Judge